FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0584

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 19-0584

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

NICK LENIER WILSON,

      Defendant and Appellant.

_____

ORDER

_____

Upon consideration of Appellant's MOTION FOR EXTENSION of time and for good cause having been show,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until, and including, December 31, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2020